UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-cv-61730-UU

CAROLINE LASHBROOK,

    Plaintiff,

v.

CHEERS HEALTH, INC.,

    Defendant.

_____/

## ORDER

THIS CAUSE came before the Court upon Plaintiff's Notice of Voluntary Dismissal. D.E. 7.

THE COURT has reviewed the Notice, the pertinent portions of the record, and is otherwise fully advised in the premises. On August 1, 2019, Plaintiff filed the Notice of Voluntary Dismissal informing the Court that she dismissed this action without prejudice against Defendant. *Id.* Accordingly, it is hereby

ORDERED AND ADJUDGED that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), all claims in this action are DISMISSED WITHOUT PREJUDICE. It is further

ORDERED AND ADJUDGED that the Clerk of Court SHALL administratively close this case. All future hearings are CANCELLED and all pending motions are DENIED AS MOOT.

DONE AND ORDERED in Chambers at Miami, Florida, this _2d_ day of August, 2019.

_____
UNITED STATES DISTRICT JUDGE

cc:  all counsel of record via cm/ecf